460 A.2d 867

Commonwealth v. Taylor, Appellant.

Before CIRILLO, JOHNSON and MONTEMURO, JJ.

Order denying PCHA relief affirmed.